**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE MWAURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STILLWATER PROPERTY & CASUALTY INSURANCE COMPANY, a business entity, and DOES 1 to 100, inclusive<br><br>Defendants. | Case No.: 5:25-cv-01673-SVW-JPR<br><br>*Hon. Stephen V. Wilson*<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) |

1

~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)

On March 4, 2026, Plaintiff Irene Mwaura and Defendant Stillwater Property & Casualty Insurance Company, filed a Joint Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a).

The Court, having considered the Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.      This action is dismissed in its entirety with prejudice; and

2.      All parties shall bear their own attorneys' fees and costs.

Dated: March 4, 2026

_____
Honorable Stephen V. Wilson
United States District Judge

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)